C. YONG JEONG, ESQ. (SBN 255244)
PAUL J. COHEN, ESQ. (SBN 293797)
DANIEL D. HOFFMAN, ESQ. (SBN 296794)
BETTY AN, ESQ. (SBN 297209)
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN TEXTILE, INC, a California Corporation;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>A & E STORES, INC., d/b/a Strawberry, d/b/a Pay Half, d/b/a Pay Half Family Clothes, a New York Corporation; STRAWBERRY STORES INC., d/b/a Strawberry, a New York Corporation; PAY HALF NEWBURGH, LLC, d/b/a Pay Half, d/b/a Pay Half Family Clothes, a New Jersey Limited Liability Company; KNITWORK PRODUCTIONS II LLC, d/b/a SAW WHAT?, a New York Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case Number: 2:14-cv-01554-CAS(ASx)<br><br>**[PROPOSED]** ORDER RE STIPULATION FOR DISMISSAL<br><br>Honorable Christina A. Snyder |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: November 3, 2014

_____
The Honorable Christina A. Snyder
United States District Court Judge

1

STIPULATION FOR DISMISSAL